1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY A. PATE,

11              Plaintiff,              No. CIV S-04-1201 FCD DAD P

12        vs.

13   SACRAMENTO COUNTY
     SHERIFFS DEPUTIES,

14              Defendants.            <u>ORDER</u>

15   _____/

16         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.[1]  On August 15, 2005, the court ordered plaintiff to serve process on defendant

18   Garcia within sixty days from the date of the order.  The court also ordered plaintiff to file his

19   status report within ninety days from the date of the order.[2]  Plaintiff has not filed a notice

20   indicating that service has been executed on defendant Garcia.  Therefore, the court will order

21   /////

22

23   _____

24   [1] Plaintiff has paid the filing fee.  He has not filed an application requesting leave to
     proceed in forma pauperis to have service effected by the U.S. Marshall pursuant to Rule 4(c)(2).

25   [2] In the same order, the court also stated that the parties' status reports would be due
     within 120 days.  Because of the confusion concerning the deadline, the court will vacate the
26   dates for the filing of status reports.

1  plaintiff to submit proof of service pursuant to Rule 4(l) of the Federal Rules of Civil Procedure

2  or show cause why service has not been completed.

3              Accordingly, IT IS ORDERED that:

4              1.  Within fifteen days from the service of this order, plaintiff shall file his proof

5  of service on defendant Garcia, or show cause why service has not been completed;

6              2.  The dates for the filing of status report, set forth in the court's August 15, 2005

7  order, are vacated; and

8              3.  Plaintiff's failure to comply with this order will result in the dismissal of this

9  action.

10  DATED: November 14, 2005.

11

12

DAD:4
13  pate1201.osc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26