1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY A. PATE,

11              Plaintiff,              No. CIV S-04-1201 FCD DAD P

12        vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPUTIES,
14
                Defendants.            ORDER
15
     _____/
16

17             Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. §

18   1983.  Plaintiff has paid the filing fee.  On November 15, 2005, the court ordered plaintiff to

19   submit proof that service was completed on defendant Garcia.[1]  On December 9, 2005, plaintiff

20   filed a letter to the court indicating that because of his physical and psychiatric disabilities, he has

21   had difficulty responding to the court's orders.  On December 12, 2005, plaintiff  filed a second

22   letter and stated that his response was sent to the court on December 7, 2005.  Neither letter,

23   however, provides any information regarding whether plaintiff has successfully completed

24   service on defendant Garcia.  The court will order plaintiff to submit proof of service with

25   _____

26        [1] Plaintiff was advised that because he did not file an application requesting leave to
     proceed in forma pauperis, service was not effected by the U.S. Marshal pursuant to Rule 4(c)(2).

                                        1

1  respect to defendant Garcia.  Alternatively, if service has not been accomplished, plaintiff may

2  file an application requesting leave to proceed in forma pauperis.  If the application is granted,

3  the court will order service by the U.S. Marshal.

4       Accordingly, IT IS HEREBY ORDERED that:

5      1.  Within fifteen days from the service of this order, plaintiff shall file his proof

6  of service for defendant Garcia or an application requesting leave to proceed in forma pauperis;

7      2.  The Clerk of the Court is directed to provide plaintiff with an application

8  requesting leave to proceed in forma pauperis by a prisoner; and

9      3.  Plaintiff's failure to comply with this order will result in a recommendation

10  that this action be dismissed.

11  DATED: January 5, 2006.

12

13           _____

         DALE A. DROZD

         UNITED STATES MAGISTRATE JUDGE

14  DAD:4

pate1201.pos

15

16

17

18

19

20

21

22

23

24

25

26