IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. PATE,

       Plaintiff,                        No. CIV S-04-1201 FCD DAD P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPUTIES, et al.,
       Defendants.               <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2007, plaintiff has filed a document to inform the court that he was transferred to Mule Creek State Prison and that he had not received his property from the facility in Los Angeles County where he was previously incarcerated. Plaintiff also asserts that "at this time [I] need to ask the Eastern District for some time to receive my property so that I can continue with my case." (Letter, filed 2/8/07 at 1.) Plaintiff has not requested any specific order from the court, and there are no pending deadlines which have been set by the court. Therefore, plaintiff's letter will be placed in the file and disregarded.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's February 8, 2007 letter
2  shall be placed in the file and disregarded.
3  DATED: March 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
pate1201.ord