RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
WENDY MOTOOKA, State Bar No. 233589
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124

Attorneys for Defendants
SACRAMENTO COUNTY SHERIFF'S DEPUTIES, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. PATE, | No. 2:04-CV-01201 FCD DAD |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER** |
| vs. | |
| SACRAMENTO COUNTY SHERIFF'S DEPUTIES et al. | |
| Defendants. | |

## ORDER

Upon consideration and good cause appearing, defendant's motion for leave to amend his answer is GRANTED.

Defendant shall file his amended answer to the second amended complaint no later than ten days from the service of this order.

IT IS SO ORDERED.

DATED: August 1, 2007.

DAD:4
pate1201.36ans

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Order Granting Def's Motion for Leave to Amend Answer

1