IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. PATE,

        Plaintiff,                      No. CIV S-04-1201 FCD DAD P

    vs.

SACRAMENTO COUNTY
SHERIFFS DEPUTIES, et al.,

        Defendants.               ORDER

                                /

        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested the appointment of counsel. For the reasons set forth in the court's June 27, 2007 order, the request will be denied. In light of plaintiff's request, the court will grant plaintiff a final extension of time to file his status report. Should plaintiff fail to do so, the court will submit the findings and recommendations, filed on August 13, 2007, to the District Judge assigned to this case.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 5, 2007 motion for appointment of counsel is denied;

        2. Within twenty-one days from the date of this order, plaintiff shall file his status report as directed by the court's order filed May 11, 2007; and

1

3. Plaintiff's failure to file his status report will result in the dismissal of this action.

DATED: September 10, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
pate1201.31(3)

2