IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. PATE,

        Plaintiff,                    No. CIV S-04-1201 FCD DAD P

     vs.

SACRAMENTO COUNTY
SHERIFF'S DEPUTIES, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 29, 2007, defendant deputy sheriff Garcia filed a motion for summary judgment or adjudication.  Plaintiff has not filed his opposition to the motion.

        Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On November 16, 2006, plaintiff was advised of the requirements for filing an opposition to a motion for summary judgment and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

/////

1

Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed November 16, 2006, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file his opposition, if any, to the defendant's motion for summary judgment. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
pate1201.noppo