IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. PATE,

        Plaintiff,                    No. CIV S-04-1201 FCD DAD P

    vs.

SACRAMENTO COUNTY
SHERIFF DEPUTIES, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 3, 2008, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on June 30, 2004, June 8, 2007, and September 5, 2007. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's June 3, 2008 request is denied.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ja
pate1201.31thr