1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY A. PATE,

11          Plaintiff,                    No. CIV S-04-1201 FCD DAD P

12       vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPUTIES, et al.,
14
            Defendants.              ORDER
15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On November 2, 2007, the court issued a scheduling order setting dates for

18   the filing of pretrial statements, for pretrial conference and for trial.  Pending before the court are

19   several motions, including defendant's motion for summary judgment, or in the alternative,

20   motion to dismiss for failure to exhaust administrative remedies, and two motions to compel

21   discovery.  On July 21, 2008, plaintiff filed a document styled, "Plaintiff's Status Report/Motion

22   for extension of time to file Pre-trial Statement."  Plaintiff indicates that he is not prepared to file

23   his pretrial statement at this time.  Defendant Garcia does not oppose the granting of an extension

24   of time for the filing of pretrial statements.  Because the dispositive motions may narrow the

25   issues in this action, the court will grant plaintiff's request and vacate dates for the filing of

26   pretrial statements, and for the pretrial conference and trial.

On July 21, 2008, plaintiff filed his fifth motion requesting the appointment of counsel.  As the court explained in its order, filed on June 27, 2007, the court lacks authority to require counsel to represent indigent prisoners in § 1983 cases.  The court also finds that plaintiff has not demonstrated exceptional circumstances that would warrant a request for voluntary assistance of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's July 21, 2008 motion for an extension of time is granted;

2.  The following dates in the court's scheduling order, filed on November 2, 2007, are vacated:  July 25, 2008 deadline for plaintiff to file his pretrial statement and motion to obtain the attendance of witnesses at trial; August 1, 2008 deadline for defendant Garcia to file his pretrial statement; August 8, 2008 pretrial conference; and September 23, 2008 jury trial before the Honorable Frank C. Damrell, Jr.; and

3.  Plaintiff's July 21, 2008 motion for the appointment of counsel is denied.

DATED: August 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ja/4
pate1201.36pts