1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY A. PATE,

11         Plaintiff,                    No. CIV S-04-1201 FCD DAD P

12      vs.

13   SACRAMENTO COUNTY
     SHERIFF DEPUTIES, et al.,

14
           Defendants.              ORDER
15
                                 /
16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20         On August 25, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within fifteen days.  Plaintiff

23   has filed objections to the findings and recommendations, and defendant has filed a reply.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

26   entire

1

1 | file, the court finds the findings and recommendations to be supported by the record and by

2 | proper analysis.

3 |     Accordingly, IT IS HEREBY ORDERED that:

4 |     1. The findings and recommendations filed August 25, 2008, are adopted in full;

5 |     2. Defendant Garcia's November 29, 2007 motion for summary judgment (Doc.

6 | No. 64) is granted; and

7 |     3. This action is dismissed.

8 | DATED: September 25, 2008.

9

10 |       FRANK C. DAMRELL, JR.

11 |       UNITED STATES DISTRICT JUDGE